IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
*Plaintiff,*
v.

MYAUDIIQ.COM, ET AL.,
*Defendants.*

No. 1:26-cv-00323-MSN-WBP

**ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William B. Porter ("Recommendation") on July 24, 2026 (ECF 62). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 7, 2026. To date, no objections have been filed.

Thus, after reviewing the record and Judge Porter's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (ECF 62). Accordingly, it is hereby

**ORDERED** that Plaintiffs' Renewed Motion for Default Judgment (ECF 56) is **GRANTED**. It is further

**ORDERED** that judgment is hereby entered in favor of Plaintiffs Volkswagen Group of America, Inc. and Audi Aktiengesellschaft. It is **ORDERED** that judgment is hereby entered against Defendant MYAUDIIQ.COM pursuant to Count I of the Complaint (ECF 1) alleging a violation of the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)(1)(C)). It is further

**ORDERED** that VeriSign, Inc., the registry for defendant MYAUDIIQ.COM, change the registrar of record for domain name MYAUDIIQ.COM to GoDaddy.com LLC, plaintiff's choice of registrar. It is **ORDERED** that GoDaddy.com LLC register the domain name to Volkswagen Group of America.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

August 19, 2026
Alexandria, Virginia